Leib M. Lerner
(CA Bar No. 227323)
Jacob A. Johnson
(GA Bar No. 849407)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
leib.lerner@alston.com
jacob.johnson@alston.com
*Admitted Pro Hac Vice*

and

James A. Kohl, Esq.
Nevada Bar No. 5692
Cami M. Perkins, Esq.
Nevada Bar No. 9149
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
cp@h2law.com
jak@h2law.com

*Attorneys for Rushmore Loan Management Services, LLC*

Christopher P. Burke, Esq.
**CHRIS P. BURKE & ASSOCIATES**
218 S. Maryland Parkway
Las Vegas, NV 89101
*Attorney for Willie N. Moon and Adnette M. Gunnels-Moon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| In re: <br><br> Willie N. Moon and Adnette M. Gunnels-Moon, <br><br>         Debtors. | Bankr. Case No. 2:13-bk-12466-mkn <br><br> Chapter 13 |
|---|---|
| Rushmore Loan Management Services, LLC <br>     Appellant, <br> v. <br> Adnette M. Gunnels-Moon & Willie N. Moon, <br>     Appellees. | District Court Case No. **2:23-cv-00795-RFB** <br><br> **STIPULATED FIRST REQUEST FOR REVISED SCHEDULING ORDER EXTENDING ALL BRIEFING DEADLINES** |

Appellant, Rushmore Loan Management Services, LLC ("**Rushmore**"), and Appellees, Adnette M. Gunnels-Moon and Willie N. Moon ("**Debtors**" collectively with Rushmore, the "**Parties**") by and through their respective counsel of record in the above-captioned proceeding hereby make this stipulated first request to revise the Parties' briefing schedule as follows:

|  | **Original Schedule** | **Proposed New Schedule** |
| --- | --- | --- |
| **Rushmore's Opening Brief** | 7/13/2023 | 8/28/2023 |
| **Debtors' Response Brief** | 7/27/2023 | 9/25/2023 |
| **Rushmore's Reply Brief** | 8/10/2023 | 10/9/2023 |

The Parties are part of a mediation process initiated by the Ninth Circuit Court of Appeals (the "Mediation") in Case Nos. 23-15621, 23-15365 (the "Ninth Circuit Appeals"). If the Mediation in the Ninth Circuit Appeals is successful, it will likely also resolve this appeal. The Parties anticipate that the Mediation will occur July 28, 2023. The original briefing schedule for this appeal would be a distraction from the Mediation process.

**IT IS HEREBY STIPULATED THAT:**

The revised schedule for the briefing in this appeal is as follows: Rushmore's Opening Brief is due 8/28/2023; Debtors' Response Brief is due 9/25/2023; Rushmore's Reply Brief is due 10/9/2023.

| | |
|---|---|
| Dated: July 6, 2023 | Dated: July 6, 2023 |
| */s/ Christopher P. Burke* | */s/ Cami M. Perkins* |
| Christopher P. Burke, Esq.<br>Nevada Bar No. 004093<br>**CHRIS P. BURKE & ASSOCIATES**<br>218 S. Maryland Parkway<br>Las Vegas, NV 89101<br>*Attorney for Willie N. Moon and Adnette M. Gunnels-Moon* | James A. Kohl, Esq.<br>Nevada Bar No. 5692<br>Cami M. Perkins, Esq.<br>Nevada Bar No. 9149<br>**HOWARD & HOWARD ATTORNEYS PLLC**<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br><br>And |

4893-6083-8254, v. 1

Leib M. Lerner (CA Bar No. 227323)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
*Admitted Pro Hac Vice*

Jacob A. Johnson (GA Bar No. 849407)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
*Admitted Pro Hac Vice*

*Attorneys for Rushmore Loan Management Services, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
US DISTRICT COURT JUDGE

DATED: July 11, 2023

4893-6083-8254, v. 1

**CERTIFICATE OF SERVICE**

On July 6, 2023, I served the following document:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS**

1. I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

    ☒    a.    ECF System

    ☐    b.    United States mail, postage fully prepaid

    ☐    c.    Personal Service

2. I personally delivered the document(s) to the persons at these addresses:

    ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

    ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐    **d.**    By direct mail (as opposed to through the ECF System)

    ☐    **e.**    By fax transmission

    ☐    **f.**    By messenger

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: July 6, 2023

| | |
|---|---|
| Victoria Agunos | */s/ Victoria Agunos* |
| (Name of Declarant) | (Signature of Declarant) |

- 4 -