Leib M. Lerner
(CA Bar No. 227323)
Jacob A. Johnson
(GA Bar No. 849407)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
leib.lerner@alston.com
jacob.johnson@alston.com
*Admitted Pro Hac Vice*

and

James A. Kohl, Esq.
Nevada Bar No. 5692
Cami M. Perkins, Esq.
Nevada Bar No. 9149
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
jkohl@howardandhoward.com
cperkins@howardandhoward.com

*Attorneys for Rushmore Loan Management Services, LLC*

Christopher P. Burke, Esq.
**CHRIS P. BURKE & ASSOCIATES**
218 S. Maryland Parkway
Las Vegas, NV 89101

*Attorney for Willie N. Moon and Adnette M. Gunnels-Moon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Willie N. Moon and Adnette M. Gunnels-Moon,<br><br>        Debtors. | Bankr. Case No. 2:13-bk-12466-mkn<br><br>Chapter 13 |
| Rushmore Loan Management Services, LLC<br>        Appellant,<br>v.<br>Adnette M. Gunnels-Moon & Willie N. Moon,<br>        Appellees. | District Court Case No. 2:23-cv-00795-RFB<br><br>**STIPULATED DISMISSAL OF APPEAL** |

Appellant, Rushmore Loan Management Services, LLC ("**Rushmore**"), and Appellees, Adnette M. Gunnels-Moon and Willie N. Moon ("**Debtors**" collectively with Rushmore, the "**Parties**") by and through their respective counsel of record in the above-captioned proceeding hereby make the following stipulated request for an order dismissing this appeal.

**IT IS HEREBY STIPULATED THAT:**

Rushmore's appeal is dismissed, with each side to bear its own costs and fees on appeal.

Dated: August 31, 2023

| /s/ Christopher P. Burke | /s/ Cami M. Perkins |
|---|---|
| Christopher P. Burke, Esq.<br>Nevada Bar No. 004093<br>**CHRIS P. BURKE & ASSOCIATES**<br>218 S. Maryland Parkway<br>Las Vegas, NV 89101<br>*Attorney for Willie N. Moon and*<br>*Adnette M. Gunnels-Moon* | James A. Kohl, Esq.<br>Nevada Bar No. 5692<br>Cami M. Perkins, Esq.<br>Nevada Bar No. 9149<br>**HOWARD & HOWARD ATTORNEYS PLLC**<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br><br>And<br><br>Leib M. Lerner (CA Bar No. 227323)<br>**ALSTON & BIRD LLP**<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>*Admitted Pro Hac Vice*<br><br>Jacob A. Johnson (GA Bar No. 849407)<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424<br>*Admitted Pro Hac Vice*<br><br>*Attorneys for Rushmore Loan Management*<br>*Services, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____

**RICHARD F. BOULWARE, II**

**US DISTRICT COURT JUDGE**

**DATED:** April 10, 2024.